**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JORGE O. CHABRIER ROSELLO,** | ) | **CASE NO. 1:18CV1002** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | **FINAL ORDER AND JUDGMENT** |
| | ) | |
| **FAIRMOUNT SANTROL** | ) | |
| **HOLDINGS, INC., et al.,** | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **BARRY SCHNEIDER,** | ) | **CASE NO. 1:18CV1085** |
| | | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | | |
| vs. | ) | **FINAL ORDER AND JUDGMENT** |
| | | |
| **FAIRMOUNT SANTROL** | ) | |
| **HOLDINGS, INC., et al.,** | | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **JEFFREY FITZGIBBON,** | ) | **CASE NO. 1:18CV1095** |
| | | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | | |
| vs. | ) | **FINAL ORDER AND JUDGMENT** |

| | |
|---|---|
| **FAIRMOUNT SANTROL HOLDINGS, INC., et al.,** | ) |
| Defendants. | ) |

| | | |
|---|---|---|
| **MELVYN KLEIN,** | ) | **CASE NO. 1:18CV1186** |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. | ) | **FINAL ORDER AND JUDGMENT** |
| **FAIRMOUNT SANTROL HOLDINGS, INC., et al.,** | ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J.**:

For the reasons stated in the Court's Final Order and Judgment (ECF DKT #54) entered in Lead Case No. 1:18CV931, approving Settlement, certifying the Settlement Class and approving an award of attorney's fees and expenses, all claims as to all parties in the above-captioned consolidated cases are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

                                                   s/ Christopher A. Boyko
                                                   **CHRISTOPHER A. BOYKO**
                                                   **United States District Judge**

**Dated:  May 3, 2019**